# EXHIBIT D

# VEHICLE SEIZURE FORM
## Notice of Seizure and Intent to Forfeit

Revised 8/9/2017

| Seizing Law Enforcement Agency/Unit | Incident No./Time | Date of Seizure: | Claim Deadline: |
|---|---|---|---|
| Wayne County Sheriff/ | | 6-34-2019 | |
| Seizing Agency Address Zip Code: | Seizing Agency Phone No. | Location of Seizure: | |
| 4747 Woodward, Detroit 48201 | (313) 224-2222 | I-94 SW Chene | |
| Driver's Name (if applicable) | Race ___ Sex F | Driver's License No: | Driver's Address: |
| [redacted] Stephanie [redacted] | | [redacted] | [redacted] |

| Description of Vehicle (year, make, model, VIN and color): | Ownership Interest (registered, user) |
|---|---|
| 2008 Saturn Ion, 1G8AS58F62N[...], Silver | |
| Plate # [redacted] | Odometer |
| W.C.S. Control # | O.I.C. C. Rivers |

Other personal property was also seized in this matter:  [ ] No   [ ] Yes (Case No. _____)

## CLAIM PROCEDURES (Check At Least One)

**[✓] PUSH-OFF (VIOLATION OF THE CONTROLLED SUBSTANCES ACT)**
You are hereby notified the vehicle described above was seized and is subject to forfeiture pursuant to MCL 333.7521, et seq. for either 1) the sale, receipt, or transportation or the intended sale, receipt, or transportation of narcotics; OR 2) the facilitation of a violation of the State's drug laws. If the owner decides to claim an interest in the vehicle s/he must contact the Wayne County Prosecutor's Office at (313) 224-8045 or (313) 967-6980 or (313) 224-5831 **AFTER 3 business days** but no longer than twenty (20) days of receiving this Notice of Seizure. The owner may contest the seizure or if agreeable by WCPO enter into a settlement agreement to re-claim the vehicle with the Vehicle Seizure Unit of the Wayne County Prosecutor's Office by appearing at 1441 St. Antoine, 12th Floor, Detroit, MI. The redemption fee for settlement of the vehicle will depend upon the facts and circumstances of the case. A towing and storage fee will also apply. **Failure to file a written notice of claim of interest within 20 days shall result in your loss of ownership of the vehicle and it being forfeited and disposed of according to law.** This forfeiture action is separate from any other property that may have been seized for which you have received a civil notice of seizure and intent to forfeit and/or any related criminal proceeding.

**[ ] NUISANCE ABATEMENT**
You are notified that the property described above was seized pursuant to MCL 600.3801, et seq. and/or common law nuisance for being used for the purpose of lewdness, assignation, solicitation for prostitution or gambling, or used by, or kept for the use of, prostitutes other disorderly persons or used for the unlawful manufacture, storing, transporting, sale, keeping for sale, giving away, bartering, or furnishing of any controlled substance or any intoxicating liquors as defined by statute; or for involvement in or aiding or abetting drag racing pursuant to MCL 257.626a, Wayne County Ord. No. 2000-328 Sec. 6 of Chapter 207–Public Nuisances and/or a substantially similar city ordinance. If the owner decides to claim an interest in the vehicle s/he must contact the Wayne County Prosecutor's Office at (313) 224-8045 or (313) 967-6980 or appear at 1441 St. Antoine, 12th Floor, Detroit, Michigan **AFTER 3 business days** but no longer than thirty (30) days of receiving this Notice of Seizure to claim the vehicle. The owner may contest the seizure or if agreeable by WCPO enter into a settlement agreement to re-claim the vehicle which may include a redemption fee schedule of: $900.00 (1st Seizure), $1,800.00 (2nd Seizure), $2,700.00 (3rd Seizure), etc. plus towing and storage. **Failure to file a claim of interest within 30 days shall cause you to lose ownership of the listed vehicle resulting in its forfeiture and being disposed of according to law.** This forfeiture proceeding is separate from any related civil or criminal proceeding.

**[ ] OPERATING WHILE INTOXICATED/IMPAIRED (VIOLATION OF THE DRUNK DRIVING LAWS)**
You are notified that the vehicle described above was seized and is subject to forfeiture pursuant to an arrest for Operating While Intoxicated/Impaired in violation of MCL 257.625 et seq. The owner of the vehicle may contact the WCPO for available office hours or appointment at (313) 967-6980 or (313) 224-8045 or (313) 224-5831 **AFTER 3 business days** from the date of seizure or after receiving this Notice of Seizure to claim the vehicle to either contest the seizure or if agreeable by WCPO enter into a settlement agreement to re-claim the vehicle. This vehicle forfeiture action is separate from any related civil and/or criminal proceeding.

Contest 7/10/19 — Wednesday

## PROOF OF SERVICE
I served a copy of this Notice of Seizure and Intent to Forfeit upon:

| Person Served: Same | Date Served: 6-__-19 | Date of Birth: [redacted] | How Served: Certified Mail ( ) In Person (✓) Publication ( ) |
|---|---|---|---|
| Address: Number & Street: | City & State: | Zip Code: | Phone Number: |
| Signature of Person Served: Stephanie Wilson | Date Signed: 6-__-19 | Witness: | |
| Printed Name of Server and Badge #: C. Rivers #3535 | Date Signed: | Signature of Server: | |