# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MELISA INGRAM, STEPHANIE WILSON, and ROBERT REEVES,

    Plaintiffs,

-v-

COUNTY OF WAYNE,

    Defendant.

Case No. 2:20-cv-10288

Hon. Arthur J. Tarnow

Mag. Judge Elizabeth A. Stafford

## STIPULATED ORDER EXTENDING TIME TO RESPOND

Having reviewed the stipulation of the parties, and being otherwise fully advised, the Court hereby **ORDERS** that Defendant Wayne County shall have until October 30, 2020, to file a Response to Plaintiffs' Motion for Class Certification. This Order does not have any effect on Wayne County's pending motion to adjourn the briefing on the class certification motion.

                                                s/Arthur J. Tarnow
                                                U.S. DISTRICT COURT JUDGE

Dated: October 15, 2020
*We stipulate to the entry of the above Order.*

| | |
|---|---|
| /s/*Davidde A. Stella* | /s/*Wesley Hottot* (with consent) |
| Davidde A. Stella (P69948) | Wesley Hottot |
| Assistant Corporation Counsel | Institute for Justice |
| 500 Griswold St., Floor 30 | 600 University St., Suite 1730 |
| Detroit MI 48226 | Seattle WA 98101 |
| (313) 224-5030 | (206) 957-1300 |
| dstella@waynecounty.com | whottot@ij.org |
| *Attorneys for Wayne County* | *Attorneys for Plaintiffs* |
| Dated: September 22, 2020 | |