UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISA INGRAM ET AL.,

         Plaintiffs,

         v.

COUNTY OF WAYNE, ET AL.,

         Defendants.

Case No. 20-10288

SENIOR U. S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

_____/

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF INGRAM [8] AND MOTION TO STAY OR IN THE ALTERNATIVE MOTION TO DISMISS PLAINTIFF REEVES [9] AS MOOT**

On March 12, 2020, Defendant filed a Motion to Dismiss or in the Alternative Motion for Summary Judgment against Plaintiff Ingram [8] and a Motion to Stay or in the Alternative Motion to Dismiss Plaintiff Reeves [9]. On May 11, 2020, Plaintiff filed an Amended Complaint [12]. In light of the amended complaint, Defendant's Motions [8] [9] are now moot. *See KBT Group, LLC v. City of Eastpointe*, No. 18-10409, 2019 WL 1556194 * 3 (E.D. Mich. Apr. 10, 2019) (explaining that since an

amended complaint supersedes the original complaint, a motion to dismiss the original complaint is moot).

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment against Plaintiff Ingram [8] is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Motion to Stay or in the Alternative Motion to Dismiss Plaintiff Reeves [9] is **DENIED as moot**.

**SO ORDERED**.


                                        s/Arthur J. Tarnow
                                        Arthur J. Tarnow
Dated: March 31, 2021                   Senior United States District Judge