UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Melisa Ingram, et al.,

Plaintiff(s),

v.

Case No. 2:20−cv−10288−GCS−EAS
Hon. George Caram Steeh

County of Wayne,

Defendant(s),

**ORDER REQUIRING RESPONSE**

The following document has been filed:

IT IS HEREBY ORDERED that County of Wayne shall file a response to the above document on or before January 23, 2024. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before February 13, 2024.

s/George Caram Steeh
George Caram Steeh
U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/M. Lang
Case Manager

Dated: December 20, 2023