# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Melisa Bell, Stephanie Wilson, and
Robert Reeves,

           Plaintiffs,

v.

County of Wayne,

           Defendant.

_____/

Case No. 20-10288

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

## OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR CLARIFICATION OF COURT'S ORDER AND/OR FOR PARTIAL RECONSIDERATION [130]

Before the Court is Plaintiffs' motion for clarification of Court's order and/or for partial reconsideration. (ECF No. 130.) The motion is GRANTED. Plaintiffs may refile their combined brief, correcting only the missing statement of concurrence, by July 9, 2025.

IT IS SO ORDERED.

Dated: July 2, 2025
    Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 2, 2025.

                                          s/Kourtney Collins
                                          KOURTNEY COLLINS
                                          Case Manager