**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Melisa Bell, Stephanie Wilson, and Robert Reeves,

Plaintiffs,

v.

County of Wayne,

Defendant.

________________________________/

Case No. 20-10288

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

**ORDER DENYING PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION [106]**

On December 23, 2024, Plaintiffs Melisa Bell, Stephanie Wilson, and Robert Reeves filed a timely Amended Motion for Class Certification. (ECF No. 106.) On September 11, 2025, the Court held a hearing and heard oral argument on Plaintiffs' motion. For the reasons set forth on the record, Plaintiffs' motion is DENIED WITHOUT PREJUDICE. Plaintiffs may file a Second Amended Motion for Class Certification at any time following the Court's decision on the pending Motions for Summary Judgment. (ECF Nos. 118, 132.)

IT IS SO ORDERED.

Dated: September 15, 2025
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

IT IS SO ORDERED.

Dated: September 15, 2025
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 15, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager